# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

ROBERTA GAIL McDONALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3797

—————————————————

January 26, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender, and Terrence E. Kehoe, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.